# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 20-383V

| | |
|---|---|
| * * * * * * * * * * * * * | Chief Special Master Corcoran |
| SHANNAH GAME, * | |
| Petitioner, * | |
| v. * | September 1, 2026 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, * | |
| Respondent. * | |
| * * * * * * * * * * * * * | |

*Ronald C. Homer,* Conway, Homer, P.C., Boston, MA, for Petitioner.

*Traci R. Patton,* U.S. Department of Justice, Washington, DC, for Respondent.

**DECISION GRANTING AWARD OF ATTORNEY'S FEES AND COSTS**[1]

On April 3, 2020, Shannah Game filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10, et seq.[2] (the "Vaccine Act"). Petitioner alleged that she suffered left sudden sensorineural hearing loss as a result of receiving an influenza vaccine on October 15, 2018. Petition (ECF No. 1). On August 7, 2025, a decision awarding compensation to Petitioner by stipulation was issued (ECF No. 123).

On January 29, 2026, Petitioner filed a fees request (ECF No. 129) (the "Fees Motion"), seeking an award of $214,264.89 (representing $159,898.90 in fees plus $54,365.99 in costs incurred by Petitioner's counsel, Mr. Ronald C. Homer, Esq.). Petitioner also provided a

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). This means the Decision will be available to anyone with access to the internet. In accordance with Vaccine Rule 18(b), each party has fourteen (14) days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access. Otherwise, the whole Decision will be available to the public in its present form.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018), omitting the statutory prefix.

signed statement (ECF No. 130) representing that no personal out-of-pocket expenses were incurred.

Respondent reacted to the Fees Motion on February 12, 2026, reporting that he is satisfied that the statutory requirements for a fees award are met in this case, but deferring resolution of the amount to be awarded to my discretion. Respondent's Response (ECF No. 131). Petitioner did not file a reply.

Because Petitioner prevailed in this matter, she is entitled to a reasonable award of fees and costs. The rates requested for attorney work performed on the case through January 2026 (with the majority of hours worked between 2019-25) are reasonable and consistent with our prior determinations, and will therefore be awarded herein. And all time billed to the matter was reasonably incurred as well.

Petitioner has also provided supporting documentation for all claimed costs, which included expert opinions. Fees Motion at 58-131. Respondent offered no specific objection to the expert rates or amounts sought. I find the requested costs reasonable and hereby award them in full.

## CONCLUSION

The Vaccine Act permits an award of reasonable attorney's fees and costs for successful claimants. Section 15(e). Accordingly, I hereby **GRANT** Petitioner's Fees Motion. I award a total of **$214,264.89 (representing $159,898.90 in fees plus $54,365.99 in costs) to be paid through ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement.** In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of the Court shall enter judgment in accordance with the terms of this Decision.[3]

**IT IS SO ORDERED.**

/s/ Brian H. Corcoran
Brian H. Corcoran
Chief Special Master

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment if (jointly or separately) they file notices renouncing their right to seek review.